**Dismiss and Opinion Filed May 24, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01274-CV**

**KATHLEEN SPANGLER, INDIVIDUALLY AND JEFFERY SPANGLER, INDIVIDUALLY AND AS NEXT FRIEND OF J.S., A CHILD, Appellants**
**V.**
**AUTO-CHLOR SERVICES, LLC AND JOSUE MOLINA, INDIVIDUALLY, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02732**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Goldstein

By opinion dated February 3, 2023, we dismissed this appeal for want of prosecution. We reinstated the appeal on March 28, 2023. In the reinstatement order, we ordered appellants to file proof of payment or arrangements to pay for the clerk's record within ten days. We cautioned appellants that failure to do so would result in the dismissal of the appeal without further notice.

To date, the clerk's record has not been filed, appellants have not filed proof of payment or arrangements to pay for the clerk's record as directed, nor have appellants corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

221274f.p05

/Bonnie Lee Goldstein/

BONNIE LEE GOLDSTEIN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KATHLEEN SPANGLER,
INDIVIDUALLY AND JEFFERY
SPANGLER, INDIVIDUALLY
AND AS NEXT FRIEND OF J.S., A
CHILD, Appellants

No. 05-22-01274-CV      V.

AUTO-CHLOR SERVICES, LLC
AND JOSUE MOLINA,
INDIVIDUALLY, Appellees

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-02732.
Opinion delivered by Justice
Goldstein. Justices Carlyle and
Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 24th day of May, 2023.